UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOY KLINE, Personal Representative
of the Estate of Jeffery Kline, Deceased,

    Plaintiff/Counter-Defendant,

v.

GULF INSURANCE COMPANY,

    Defendant/Counter-Plaintiff
    and Third-Party Plaintiff,

v.

CECIL HAMLIN

    Third-Party Defendant.
_____/

Case No. 1:01-cv-213

Hon. Richard Alan Enslen

**JUDGMENT**

In accordance with an Opinion filed this day,

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant Gulf Insurance Company and against Plaintiff Joy Kline as to all remaining counts.

**IT IS FURTHER ORDERED** that Defendant Gulf Insurance Company's Motion for Summary Judgment (Dkt. No. 127) is **GRANTED** and Plaintiff Joy Kline's Motion for Summary Judgment (Dkt. No. 125) is **DENIED.**

Dated in Kalamazoo, MI:
September 12, 2005

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge